SUNOCO SERVICE CORPORATION, RESPONDENT, v. COCH-
RANE MOTORS, INCORPORATED, ET AL., APPELLANTS.

Decided July 15, 1930.

Before GUMMERE, CHIEF JUSTICE, and Justice CAMPBELL.

For the appellants, *Harvey T. Satterthwaite.*

For the respondent, *Joseph J. Felcone.*

PER CURIAM.

This suit was brought to recover compensation for the
breach of a contract entered into by the respective litigants
and resulted in a judgment in favor of the plaintiff. The
only ground upon which the defendants seek to reverse the
judgment is that the trial court erroneously refused to strike
out the plaintiff's complaint upon the motion of defendants'
counsel.

By the terms of the contract between the parties the plain-
tiff was to do certain concrete work, including curbing and
grading upon the premises of the motors corporation for a
specified sum, the payment of which was guaranteed by the
defendants J. Roy Martin and Chester W. Martin. The
complaint avers default by the Cochrane concern in making
a payment due to the plaintiff for work and labor done and
materials furnished by it under the contract, and the refusal
of the defendants J. Roy Martin and Chester W. Martin to
comply with the terms of their contract to guarantee and
make the payment upon which the Cochrane Motors Com-

pany had defaulted. Clearly, these averments, if true, disclose liability on the part of the defendants and entitle the plaintiff, in the absence of any defense to the merits being interposed, to a judgment against them.

The judgment under review will be affirmed.